1 | MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HENSON, an individual, CHAZ HENSON, an individual,<br><br>Plaintiffs,<br><br>FOREST RIVER, INC., an Indiana Corporation, JP RVS REPO DEPOT, LLC, a California Limited Liability Company, dba CORDELIA RV CENTER; RUSSELL DAVIS, dba RUSTY'S DETAIL, a Carrier, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00367-LRH-CSD<br><br>**Order Granting Stipulation Extending Deadline to Respond to Complaint**<br><br>**(First Request)** |

Defendants Forest River, Inc. and JP RVS Repo Depot, LLC (collectively Defendants), through their undersigned counsel, and Plaintiffs Patricia Henson and Chaz Henson, through their undersigned counsel, hereby stipulate and agree to extend the time for the Defendants to respond to Plaintiffs' Complaint as follows:

1. Defendants shall respond to the Complaint no later than September 13, 2023.

///

///

1

This is the Parties' first request for an extension of this deadline. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

MCNUTT LAW FIRM, P.C.

/s/ Dan McNutt
Dan McNutt, Esq. (Bar No. 7815)
Matt Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Attorneys for Forest River, Inc., and JP RVS Repo Depot, LLC.*

WOODBURN AND WEDGE

/s/ Dane Anderson
Dane Anderson, Esq. (Bar No. 6883)
6100 Neil Road, Suite 500
Reno, Nevada 89511
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2023.