MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HENSON, an individual, CHAZ HENSON, an individual,<br><br>    Plaintiffs,<br><br>FOREST RIVER, INC., an Indiana Corporation, JP RVS REPO DEPOT, LLC, a California Limited Liability Company, dba CORDELIA RV CENTER; RUSSELL DAVIS, dba RUSTY'S DETAIL, a Carrier, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:23-cv-00367-LRH-CLB<br><br>**Order Granting Stipulation Extending Deadline to Respond to Complaint**<br><br>**(Third Request)** |

Defendants Forest River, Inc. and JP RVS Repo Depot, LLC (collectively Defendants), through their undersigned counsel, and Plaintiffs Patricia Henson and Chaz Henson, through their undersigned counsel, hereby stipulate and agree to extend the time for the Defendants to respond to Plaintiffs' Complaint an additional 30 days to November 13, 2023.

///

///

1

This is the Parties' third request for an extension of this deadline. The Parties have been engaging in settlement discussions and believe this case will be resolved within 30 days. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

| MCNUTT LAW FIRM, P.C. | WOODBURN AND WEDGE |
|---|---|
| /s/ Dan McNutt | /s/ Dane Anderson |
| Dan McNutt, Esq. (Bar No. 7815) | Dane Anderson, Esq. (Bar No. 6883) |
| Matt Wolf, Esq. (Bar No. 10801) | 6100 Neil Road, Suite 500 |
| 11441 Allerton Park Drive, Suite 100 | Reno, Nevada 89511 |
| Las Vegas, Nevada 89135 | *Attorneys for Plaintiffs* |
| *Attorneys for Forest River, Inc., and JP RVS Repo Depot, LLC.* | |

## ORDER

The stipulation, (ECF No. 12), is **GRANTED**. No further extensions of time will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

DATED: October 10, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2