UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA HENSON, an individual; and CHAZ HENSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FOREST RIVER, INC., an Indiana Corporation; JP RVS REPO DEPOT, LLC, a California Limited Liability Company, d/b/a CORDELIA RV CENTER; RUSSELL DAVIS, d/b/a RUSTY'S DETAIL, a Carrier, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00367-LRH-CLB<br><br>**ORDER** |

The petition for removal in this action was filed on July 21, 2023. ECF No. 1. The Court issued a notice of intent to dismiss Russell Davis under Fed. R. Civ. P. 4(m) unless proof of service was filed by December 1, 2023. ECF No. 14. An affidavit of non-service on Russell Davis d/b/a Rusty's Detail was filed on November 16, 2023. ECF No. 18. Accordingly, IT IS THEREFORE ORDERED that the claims against Russell Davis d/b/a Rusty's Detail are dismissed without prejudice.

IT IS SO ORDERED.

DATED this 12th day of December, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE