Dane W. Anderson
Nevada Bar No. 6883
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: (775) 688-3000
Fax: (775) 688-3088
danderson@woodburnandwedge.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HENSON, an individual; CHAZ HENSON, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>FOREST RIVER INC., an Indiana Corporation; JP RVS REPO DEPOT LLC, a California Limited Liability Company dba Cordelia RV Center; RUSSELL DAVIS dba RUSTY'S DETAIL, a Carrier; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.:  3:23-cv-00367-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE DISCOVERY PLAN AND SCHEDULING ORDER AND JOINT CASE MANAGEMENT REPORT**<br><br>**[FIRST REQUEST]** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs, Patricia Henson and Chaz Henson, and Defendants, Forest River, Inc. and JP RVS Repo Depot, LLC, through their respective counsel of record (collectively referred to as "Parties" herein), that the deadline for the Parties to file their Joint Case Management Report and Discovery Plan/Scheduling Order be extended by 60 days, or from December 28, 2023, to February 26, 2024.

　　　　This is the Parties' first request for an extension of this deadline.

　　　　The Parties have reached a settlement in principal and are currently engaging in finalizing the settlement transaction.

　　　　It is respectfully requested that the Court approve this stipulation to extend the deadline to file the Joint Case Management Report and Discovery Plan/Scheduling Order from December 28, 2023 to February 26, 2024.

-1-

| | |
|---|---|
| DATED: December 27, 2023 | DATED: December 27, 2023 |
| MCNUTT LAW FIRM, P.C. | WOODBURN AND WEDGE |
| */s/ Matthew C. Wolf* | */s/ Dane W. Anderson* |
| Dan McNutt, Esq. (Bar No. 7815) | Dane W. Anderson, Esq. (Bar No. 6883) |
| Matthew C. Wolf, Esq. (Bar No. 10801) | 6100 Neil Road, Suite 500 |
| 11441 Allerton Park Drive, Suite 100 | Reno, Nevada 89511 |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Defendants, Forest River, Inc., and JP RVS Repo Depot, LLC.* | *Attorneys for Plaintiffs, Patricia Henson and Chaz Henson* |

**IT IS SO ORDERED:**

DATED: December 27, 2023

_____
UNITED STATES MAGISTRATE JUDGE