Dane W. Anderson, Esq.
Nevada Bar No. 6883
Anderson Keuscher, PLLC
905 Plumas Street
Reno, Nevada 89509
Tel: (775) 823-0049
dane@andersonkeuscher.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HENSON, an individual; CHAZ HENSON, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FOREST RIVER INC., an Indiana Corporation; JP RVS REPO DEPOT LLC, a California Limited Liability Company dba Cordelia RV Center; RUSSELL DAVIS dba RUSTY'S DETAIL, a Carrier; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.　　3:23-cv-00367-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING DISCOVERY PLAN/SCHEDULING ORDER AND JOINT CASE MANAGEMENT REPORT [SECOND REQUEST]** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Patricia Henson and Chaz Henson, and Defendants, Forest River, Inc. and JP RVS Repo Depot, LLC, through their respective counsel of record (collectively referred to as "Parties" herein), that the deadline for the Parties to file their Joint Case Management Report and Discovery Plan/Scheduling Order be extended by an additional 30 days, or from February 26, 2024 to March 27, 2024.

This is the Parties' second request for an extension of this deadline.

As reported to the Court previously, the Parties have reached a settlement in principal and have reached agreement on the terms of a written settlement agreement which remains to be signed. The only remaining issue involves approval by financial

-1-

1 institutions to fund part of the settlement. Upon that approval, it is anticipated that the
2 settlement will be finalized and this matter will subsequently be dismissed in its entirety.
3     It is respectfully requested that the Court approve this stipulation to extend the
4 deadline to file the Joint Case Management Report and Discovery Plan/Scheduling Order
5 from February 26, 2024 to March 27, 2024.

| | |
|---|---|
| DATED: February 23, 2024 | DATED: February 23, 2024 |
| MCNUTT LAW FIRM, P.C. | ANDERSON KEUSCHER, PLLC |
| /s/Matthew C. Wolf | /s/ Dane W. Anderson |
| Dan McNutt, Esq. (Bar No. 7815) | Dane W. Anderson, Esq. (Bar No. 6883) |
| Matthew C. Wolf, Esq. (Bar No. 10801) | 905 Plumas Street |
| 11441 Allerton Park Drive, Suite 100 | Reno, NV 89509 |
| Las Vegas, Nevada 89135 | |

**IT IS SO ORDERED:**

DATED: February 24, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

-2-