UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA HENSON,<br><br>                   Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC., *et. al.*,<br><br>                   Defendants. | Case No. 3:23-CV-00367-LRH-CLB<br><br>**ORDER RE: STIPULATION**<br><br>[ECF No. 27] |

      The Court is in receipt of the parties' stipulation to extend the deadline to file the discovery plan and scheduling order and the joint case management report. (ECF No. 27.) The parties represent that they have reached a settlement in principal and are focusing their efforts on finalizing the agreement. In light of the parties' representations regarding settlement, the Court directs the parties to file a stipulation to dismiss or a status report regarding settlement by no later than **Friday, May 10, 2024**. Based on these representations, the Court vacates the deadlines for filing a Case Management Report, Joint Discovery Plan and Scheduling Order, and all other case related deadlines. Accordingly, the stipulation to extend time, (ECF No. 27), is **denied as moot**.

      IT IS SO ORDERED.

**DATED**: March 26, 2024

                                                                     **UNITED STATES MAGISTRATE JUDGE**