MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HENSON, an individual, CHAZ HENSON, an individual,<br><br>    Plaintiffs,<br><br>FOREST RIVER, INC., an Indiana Corporation, JP RVS REPO DEPOT, LLC, a California Limited Liability Company, dba CORDELIA RV CENTER; RUSSELL DAVIS, dba RUSTY'S DETAIL, a Carrier, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:23-cv-00367-ART-CLB<br><br>**Order Granting**<br>**Stipulation and Order to Dismiss** |

Plaintiffs Patricia and Chaz Henson and Defendants Forest River, Inc. and JP RVS Repo Depot, LLC hereby stipulate to dismiss this action in its entirety with prejudice with all parties bearing their own fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this June 13, 2024. | DATED this June 13, 2024. |
| MCNUTT LAW FIRM. P.C. | ANDERSON KEUSCHER, PLLC |
| */s/ Dan McNutt*<br>Daniel R. McNutt, Esq.<br>Matthew C. Wolf, Esq.<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, Nevada 89135<br>*Counsel for Defendants* | */s/ Dane Anderson*<br>Dane Anderson, Esq. (Bar No. 6883)<br>905 Plumas Street<br>Reno, Nevada 89509<br>*Counsel for Plaintiffs* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 14, 2024

1